United States District Court
Southern District of Texas
**ENTERED**
April 27, 2023
Nathan Ochsner, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| MARITZA CHAVARRIA, § <br> § <br> Plaintiff, § <br> § <br> vs. § <br> § <br> HEALTHCARE REVENUE RECOVERY § <br> GROUP D/B/A ARS ACCOUNT § <br> RESOLUTION SERVICES, EXPERIAN § <br> INFORMATION SOLUTIONS, INC., § <br> AND TRANS UNION, LLC § <br> § <br> Defendant. § | Case No. 4:23-cv-01233 |

### ORDER GRANTING DEFENDANT HEALTHCARE REVENUE RECOVERY GROUP, LLC D/B/A ARS ACCOUNT RESOLUTION SERVICE'S UNOPPOSED MOTION TO EXTEND RESPONSIVE PLEADING DEADLINE

The Court, after having considered the Unopposed Motion of Defendant Healthcare Revenue Recovery Group, LLC d/b/a ARS Account Resolution Services to Extend Responsive Pleading Deadline, finds that Unopposed Motion is well-taken and should be granted.

The Court, therefore, ORDERS that the Unopposed Motion of Defendant Healthcare Revenue Recovery Group, LLC d/b/a ARS Account Resolution Services to Extend Responsive Pleading Deadline, be, and is hereby, GRANTED.

The Court further ORDERS that Defendant Healthcare Revenue Recovery Group, LLC d/b/a ARS Account Resolution Services shall have up to and including Thursday, May 18, 2023, within which to file its Answer or other responsive pleading.

SIGNED the 27th day of April, 2023.

Andrew S. Hanen
United States District Judge