IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISON

| | |
|---|---|
| MARITZA CHAVARRIA, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Case No: 4:23-cv-1233 |
| HEALTHCARE REVENUE RECOVERY GROUP D/B/A ARS ACCOUNT RESOLUTION SERVICES | ) |
| | ) |
| & | ) |
| | ) |
| EXPERIAN INFORMATION SOLUTIONS, INC. | ) |
| | ) |
| & | ) |
| | ) |
| TRANS UNION, LLC | ) |
| | ) |
| Defendants. | ) |

### ORDER VACATING DEADLINES

ON THIS DAY came on to be heard the above-styled and numbered case. Counsel of record for Plaintiff has notified this Court that all matters in controversy have been settled in principle. The parties have asked this court to vacate all outstanding case deadlines and court dates regarding Defendant Healthcare Revenue Recovery Group d/b/a ARS Account Resolution Services and allow the parties 60 days to file a stipulation of dismissal.

IT IS THEREFORE ORDERED that all case deadlines and court dates are VACATED.

All relief not expressly granted in this Order is DENIED.

IT IS SO ORDERED.

SIGNED at Houston, Texas, this 24th day of May 2023.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE