United States District Court
Southern District of Texas
**ENTERED**
May 25, 2023
Nathan Ochsner, Clerk

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISON

| | |
|---|---|
| MARITZA CHAVARRIA, )<br><br>Plaintiff, )<br><br>v. )<br><br>HEALTHCARE REVENUE )<br>RECOVERY GROUP D/B/A ARS )<br>ACCOUNT RESOLUTION )<br>SERVICES )<br><br>& )<br><br>EXPERIAN INFORMATION )<br>SOLUTIONS, INC. )<br><br>& )<br><br>TRANS UNION, LLC )<br><br>Defendants. ) | Case No: 4:23-cv-1233 |

### ORDER OF DISMISSAL

ON THIS DAY came on to be heard the above-styled and numbered case. Counsel of record for Maritza Chavarria has Filed a Notice of Dismissal in this matter. This Notice has asked the Court to dismiss all remaining claims against Trans Union, LLC, with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

IT IS THEREFORE ORDERED that the Notice of Dismissal is GRANTED, and all remaining claims are to be dismissed with prejudice against Defendant Trans Union, LLC.

All relief not expressly granted in this Order is DENIED.

IT IS SO ORDERED.

SIGNED at Houston, Texas, this ___24th___ day of May 2023.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE