United States District Court
Southern District of Texas
**ENTERED**
June 09, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISON

MARITZA CHAVARRIA, )
)
Plaintiff, )
)
v. )
) Case No: 4:23-cv-1233
HEALTHCARE REVENUE )
RECOVERY GROUP D/B/A ARS )
ACCOUNT RESOLUTION )
SERVICES )
)
& )
)
EXPERIAN INFORMATION )
SOLUTIONS, INC. )
)
& )
)
TRANS UNION, LLC )
)
)
Defendants. )

## ORDER VACATING DEADLINES

ON THIS DAY came on to be heard the above-styled and numbered case. Counsel of record for Plaintiff has notified this Court that all matters in controversy have been settled in principle. The parties have asked this court to vacate all outstanding case deadlines and court dates regarding Defendant Experian Information Solutions, Inc. and allow the parties 60 days to file a notice of voluntary dismissal.

IT IS THEREFORE ORDERED that all case deadlines and court dates are VACATED.

All relief not expressly granted in this Order is DENIED.

SIGNED at Houston, Texas, this ___9th___ day of June 2023.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE