United States District Court
Southern District of Texas
**ENTERED**
August 16, 2023
Nathan Ochsner, Clerk

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISON

MARITZA CHAVARRIA,  )
)
         Plaintiff,  )
v.  )
)     Case No: 4:23-cv-1233
HEALTHCARE REVENUE  )
RECOVERY GROUP D/B/A ARS  )
ACCOUNT RESOLUTION  )
SERVICES  )
)
&  )
)
EXPERIAN INFORMATION  )
SOLUTIONS, INC.  )
)
&  )
)
TRANS UNION, LLC  )
)
)
         Defendants.  )

### ORDER OF DISMISSAL

ON THIS DAY came on to be heard the above-styled and numbered case. Counsel of record

for Maritza Chavarria has Filed a Joint Stipulation of Dismissal in this matter. This Notice has asked

the Court to dismiss all remaining claims against Healthcare Revenue Recovery Group, LLC d/b/a

ARS Account Resolution Services, with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

IT IS THEREFORE ORDERED that the Notice of Dismissal is GRANTED, and all

remaining claims are to be dismissed with prejudice against Defendant Healthcare Revenue Recovery

Group, LLC d/b/a ARS Account Resolution Services

All relief not expressly granted in this Order is DENIED.

SIGNED at Houston, Texas, this ____10th____ day of August 2023.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE